UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DERRICK N. JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO.  14-1645** |
| **BURL CAIN, WARDEN** | **SECTION "C"(2)** |

### O R D E R

The court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Petitioner's Objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of Derrick N. Johnson for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 21st day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE